# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hyman, Paul G. | U S Bankruptcy Court, SD FL | 06/17/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

Room 112
299 E Broward BLVD
Fort Lauderdale
FL 33401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust 2012 |
| 2. | Trustee | Trust 2012 |
| 3. | Trustee | Martial Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Associate at Franklin D Azar & Associates-salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FL Bar | 01/16/2019-01/17/2019 | Orlando, FL | Committee meeting | Transportation, meals, parking and lodging |
| 2. | Fl BAR | 06/26/2019-06/28/2019 | Boca Rotan, FL | Committee meeting | Transportation, meals, parking and lodging |
| 3. | FL Bar | 11/07/2019-11/98/2019 | Orlando, FL | Committee meeting | Transportation, meals, parking and lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 06/17/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Searcy Denny Defined Contribution Pension Plan Adminis by John Hancock | B | Distribution | M | T | | | | | |
| 2. America First | A | Dividend | L | T | | | | | |
| 3. Apple Inc | A | Dividend | K | U | | | | | |
| 4. Bristol Myers | F | Dividend | L | T | Buy | 12/10/19 | L | | |
| 5. CVS | A | Dividend | K | T | | | | | |
| 6. Delta | A | Dividend | L | T | | | | | |
| 7. Emerson Elect Co | A | Dividend | K | T | | | | | |
| 8. Fidelity Investments | D | Interest | O | T | | | | | |
| 9. First Eagle Global | B | Dividend | K | T | | | | | |
| 10. Growth Fund America | D | Distribution | M | T | | | | | |
| 11. Newell Brands Inc | A | Dividend | K | T | | | | | |
| 12. Permrock Royalty Trust | A | Distribution | | | Sold | 03/11/19 | K | A | |
| 13. Royal Bank | A | Dividend | | | Sold | 08/05/19 | K | B | |
| 14. SPDR Index | A | Dividend | J | T | | | | | |
| 15. Stone Castle Fin Corpb | A | Dividend | | | Sold | 08/20/19 | K | B | |
| 16. Toranto Dominion BK | A | Dividend | | | Sold | 06/14/19 | K | B | |
| 17. Tremont MTG Reit | B | Dividend | | | Sold | 08/05/19 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hyman, Paul G.** | 06/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Met Life cash account | D | Interest | M | T | | | | | |
| 19. Enterprise Products Partners LP | A | Dividend | M | T | | | | | |
| 20. Ford Motor Co | A | Dividend | | | Sold | 03/15/19 | J | A | |
| 21. New Perspective FD | D | Dividend | N | T | | | | | |
| 22. Investment Co | C | Dividend | N | T | | | | | |
| 23. AMCAP Fund | C | Dividend | L | T | | | | | |
| 24. Capital Product Partners | A | Distribution | L | T | | | | | |
| 25. Covanta Holding Corp | A | Dividend | | | Sold | 12/10/19 | J | A | |
| 26. CVS | A | Dividend | K | T | | | | | |
| 27. Du Pont | A | Dividend | | | Sold | 12/10/19 | K | A | |
| 28. Eaton Vannce | B | Dividend | L | T | | | | | |
| 29. Emerson Elect LTD | A | Distribution | | | Sold | 08/20/19 | K | B | |
| 30. Fifth Str SR | A | Dividend | K | T | | | | | |
| 31. Growth America Fund | A | Dividend | M | T | | | | | |
| 32. Haliburton Corp | A | Dividend | J | T | | | | | |
| 33. Leidos Holdings Inc | A | Dividend | J | T | | | | | |
| 34. Nestle S A | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Pepsico Inc | A | Dividend | L | T | | | | | |
| 36. Teva Pharamaceutical | A | Dividend | J | T | | | | | |
| 37. United Bank Shares | A | Dividend | | | Sold | 08/20/19 | L | B | |
| 38. Zoetis, Inc | A | Dividend | J | T | Sold (part) | 03/15/19 | J | A | |
| 39. Alaska Air Inc | A | Dividend | J | T | | | | | |
| 40. Bank Of America | A | Dividend | | | Sold | 09/18/19 | K | C | |
| 41. CitiGroup(X) | A | Dividend | | | Sold | 10/25/19 | K | B | |
| 42. Cognizant Tech | A | Dividend | | | Sold | 11/19/19 | K | A | |
| 43. EuroPacific Growth | C | Dividend | K | T | | | | | |
| 44. Ford Motor Company(X) | A | Dividend | | | Sold | 08/20/19 | L | C | |
| 45. General Elect(X) | A | Dividend | J | T | | | | | |
| 46. Eli Lilly | A | Dividend | K | T | | | | | |
| 47. Lumentum Holdings | A | Dividend | J | T | | | | | |
| 48. Monster Beverage Corp(X) | A | Dividend | J | T | Sold (part) | 11/19/19 | K | D | |
| 49. Schlumberger LTD | A | Dividend | | | Sold | 10/25/19 | J | B | |
| 50. Tidewater Inc | A | Dividend | K | T | | | | | |
| 51. US Steel Corp | A | Dividend | | | Sold | 10/25/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hyman, Paul G.** | 06/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Zynga Inc(X) | A | Dividend | | | Sold | 11/19/19 | J | A | |
| 53. Amgen Inc | A | Dividend | J | T | | | | | |
| 54. Oracle Corp | A | Dividend | J | T | Sold<br>(part) | 02/13/19 | J | A | |
| 55. American Airlines | A | Dividend | K | T | | | | | |
| 56. AMCAP Fund | A | Dividend | M | T | | | | | |
| 57. Amer Balance Fund | A | Dividend | M | T | | | | | |
| 58. Amer Mutual Fund | A | Dividend | K | T | | | | | |
| 59. American Airlines | A | Dividend | K | T | | | | | |
| 60. Amgen Inc | A | Dividend | J | T | | | | | |
| 61. Disney Walt Co | B | Dividend | J | T | | | | | |
| 62. Oracle Corp | A | Dividend | | | Sold | 02/13/19 | K | A | |
| 63. Zoetis Inc | A | Dividend | J | T | Sold<br>(part) | 03/15/19 | J | A | |
| 64. Franklin Strategic | A | Dividend | K | T | | | | | |
| 65. Salle Mae | A | Interest | K | T | | | | | |
| 66. Baskem SA | A | Dividend | K | T | | | | | |
| 67. Global Med REIT | A | Dividend | | | Sold | 08/20/19 | L | D | |
| 68. Portola pharmaceutic | A | Dividend | | | Buy | 01/10/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hyman, Paul G.** | 06/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 06/12/19 | K | B | |
| 70.  Hain Celestrial | A | Dividend | | | Buy | 03/18/19 | K | | |
| 71. | | | | | Sold | 08/29/19 | K | A | |
| 72.  Jet Blue | A | Dividend | L | T | Buy | 06/14/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,600 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hyman, Paul G.** | 06/17/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trusts 1 and 2 listed on previous reports are no longer in existenceand thus, I eliminated my position as Trustee of trust 1 and Trust 2 in Part I in this report.

Please note that the investment listed on line 1 is a Defined Contribution Pension Plan which vested on January 2, 2014. It is administered by John Hancock. It is not a self-directed plan. We can only select a general investment strategy for the plan. Fifty percent is invested in a growth fund and 50% is invested in an income and growth fund.

I combined lines 81 and 117 in last year's report on line 43 of this report.

I combined lines 24, 58 and 84 in last year's report on line 10 of this report.

I combined lines 46 and 94 in last year's reort on line 21 of this report.

I combined lines 47 and 85 in last year's report on line 22 of this report.

I combined lines 48 and 109 in last year's report on line 23 of this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 06/17/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul G. Hyman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544